# United States Court of Appeals
## For the Eighth Circuit

_____

No. 23-3567

_____

United States of America

*Plaintiff - Appellee*

v.

Carl Crooked Eyes

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of South Dakota - Western

_____

Submitted: March 12, 2024
Filed: March 15, 2024
[Unpublished]

_____

Before BENTON, ERICKSON, and STRAS, Circuit Judges.

_____

PER CURIAM.

Carl Crooked Eyes received a 16-month prison sentence after he pleaded guilty to assaulting a federal officer. *See* 18 U.S.C. § 111(a)(1). An *Anders* brief

suggests that the district court[1] abused its discretion by imposing a substantively unreasonable sentence. *See Anders v. California*, 386 U.S. 738 (1967).

Upon careful review, we conclude that the appeal waiver in his plea agreement covers this issue. *See United States v. Scott*, 627 F.3d 702, 704 (8th Cir. 2010) (reviewing the validity of an appeal waiver de novo); *United States v. Andis*, 333 F.3d 886, 889–92 (8th Cir. 2003) (en banc) (explaining that an appeal waiver will be enforced if the appeal falls within its scope, the defendant knowingly and voluntarily entered into the plea agreement and the waiver, and enforcing the waiver would not result in a miscarriage of justice). We have also independently reviewed the record and conclude that no other non-frivolous issues exist. *See Penson v. Ohio*, 488 U.S. 75, 82–83 (1988). We accordingly dismiss the appeal and grant counsel permission to withdraw.

_____

[1]The Honorable Roberto Lange, Chief Judge, United States District Court for the District of South Dakota.